In the Matter of the Application of the RAPID TRANSIT SUBWAY CONSTRUCTION COMPANY, Respondent, for a Writ of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.

*Appeal — motion to dismiss on ground it did not appear that order appealed from was not discretionary, denied.*

Reported below, 199 App. Div. 45

(Submitted January 30, 1922; decided February 3, 1922.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first

judicial department, entered December 16, 1921, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus and granted said motion.

The motion was made upon the ground that it did not affirmatively appear that the granting of the motion was not in the exercise of discretion.

*James L. Quackenbush* for motion.

*John P. O'Brien, Corporation Counsel (E. C. Mayer* of counsel), opposed.

Motion denied, with ten dollars costs.